UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLENE E. AARON,   CASE NO. 6:19-cv-000048-ORL-22TBS

    Plaintiff,

v.

DRURY HOTELS COMPANY, LLC
d/b/a DRURY INN & SUITES -
ORLANDO,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Defendant, Drury Hotels Company, LLC, d/b/a Drury Inn & Suites Orlando, by and through its undersigned counsel, and pursuant to Local Rule 3.08, and hereby gives notice to the Court that the parties have reached a settlement agreement as to all claims asserted in this action. The parties will file a Stipulation of Dismissal once they have executed formal settlement documents.

Dated:  June 26, 2019

                              Respectfully submitted,

                              ***/s/ Richards H. Ford***
                              Richards H. Ford, Esquire (288391)
                              rford@wickersmith.com
                              Krista N. Cammack, Esquire (104718)
                              kcammack@wickersmith.com
                              WICKER SMITH O'HARA MCCOY & FORD, P.A.
                              390 N. Orange Ave., Suite 1000
                              Orlando, FL 32801
                              Phone: (407) 843-3939
                              Fax: (407) 649-8118
                              ORLcrtpleadings@wickersmith.com
                              *Attorneys for Drury Hotels Company, LLC, d/b/a Drury Inn*
                              *& Suites Orlando*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to all counsel of record.

             ***/s/ Richards H. Ford***
             Richards H. Ford, Esquire