**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLENE E. AARON,

        Plaintiff,

v.                                         Case No: 6:19-cv-48-Orl-40DCI

DRURY HOTELS COMPANY, LLC,

        Defendant.

_____/

**ORDER**

This cause comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 22), filed July 30, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Drury Hotels Company, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on July 31, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties